IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD MCMILLAN, )<br>)<br>　　　　Plaintiff, )<br>)<br>　v. )<br>)<br>MILLER WELDING AND IRON )<br>WORKS, INC., DJ MILLER )<br>ENTERPRISES, INC., and )<br>AMERICAN EQUIPMENT COMPANY, )<br>INC. )<br>)<br>　　　　Defendants. ) | Case No.  09-CV-1084-JPG |

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

　　　　　　　　　　　　　　　　**NANCY J. ROSENSTENGEL, Clerk of Court**

　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**

**Dated:  March 15, 2010**　　　　　　　　_____


**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**